**Opinion issued July 13, 2023**



In The

# Court of Appeals

### For The

# First District of Texas

_____

### NO. 01-23-00435-CV

_____

### IN RE H-E-B, LP, Relator

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Relator, H-E-B, LP, filed a petition for a writ of mandamus challenging the

trial court's May 30, 2023 order transferring venue of the underlying trial court cause

to Bexar County, Texas.[1]  Relator requests that the Court "enter a writ of mandamus

---

[1] The underlying case is *Vanessa Toledo v. H-E-B, LP, H.E. Butt Grocery Company, H.E.B., Inc., and Ross Rhoton*, Cause No. 2022-73790, in 190th District Court of Harris County, Texas, the Honorable Beau A. Miller presiding.

directing the [trial court] to order the transfer of venue to Montgomery County, [and] that HEB recover its costs of [c]ourt."

Our review of relator's mandamus petition reflects that relator has failed to establish that it is entitled to mandamus relief requested in the petition. Accordingly, we deny relator's petition for writ of mandamus. *See* TEX. R. APP. P. 52.8(a). Any pending motion is dismissed as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Guerra and Farris.